

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00443-CV

**IN RE** Freddie Lee **WALKER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

Delivered and Filed: September 30, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On September 10, 2020, relator filed a pro se petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 19-2808-CV-A, styled *Freddie Lee Walker v. Darrell Hunter, Justice of the Peace, Precinct 1, et al.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.